IN THE SUPREME COURT OF THE STATE OF NEVADA

SANUCCI CT TRUST,
                    Appellant,
            vs.
DITECH FINANCIAL, LLC, F/K/A
GREEN TREE SERVICING, LLC,
                    Respondent.

No. 77698

FILED

OCT 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Jerry A. Wiese, District Judge
        Charles K. Hauser, Settlement Judge
        Kerry P. Faughnan
        Akerman LLP/Las Vegas
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20 - 36256